■ FRANCIS J. SMITH, Appellant, v DEPARTMENT OF PUBLIC WORKS OF THE COUNTY OF WESTCHESTER, Respondent.—In an action, *inter alia,* to compel defendant to reinstate plaintiff as an employee, the appeal is from an order of the Supreme Court, Westchester County, entered December 24, 1974, which granted defendant's motion to dismiss the complaint for failure to state a cause of action. Order affirmed, without costs. Special Term properly granted defendant's motion to dismiss plaintiff's complaint. Martuscello, Acting P. J., Cohalan, Christ and Munder, JJ., concur.

■ LEONARD SOHMER, Appellant, v EVE SOHMER, Respondent.—In an action in which a judgment of separation had been entered in favor of defendant, the plaintiff husband appeals from an order of the Supreme Court, Kings County, dated December 6, 1974, which denied his motion to *inter alia* (1) vacate the said judgment, (2) restore the action to the Trial Calendar and (3) relieve him of an order of sequestration. Order reversed, with $20 costs and disbursements to defendant against plaintiff, and motion remitted to Special Term for a hearing in accordance herewith, all upon condition that plaintiff, within 10 days after the service upon him or his attorneys of a copy of the order to be entered hereon, with notice of entry thereof, pay $100 costs to defendant. We believe a hearing is required before plaintiff's motion can properly be decided. However, we note our displeasure with the totally inadequate appendix submitted by plaintiff's attorney on behalf of his client. All of the orders sought to be vacated shall remain in full force and effect until the hearing is completed and decided. Rabin, Acting P. J., Hopkins, Christ, Munder and Shapiro, JJ., concur.

■ JULIA STEINHAUS, as Executrix of JACK STEINHAUS, Deceased, Appellant, v AARON L. GITENSTEIN, Respondent.—In an action *inter alia* to compel liquidation of a partnership, plaintiff appeals from an order of the Supreme Court, Nassau County, entered June 11, 1975, which denied her motion, *inter alia,* for appointment of a receiver. Order affirmed, without costs. Special Term properly denied the motion in view of the prior determination in this action by Mr. Justice Pantano made April 11, 1975. Rabin, Acting P. J., Hopkins, Christ, Munder and Shapiro, JJ., concur.